

**The following constitutes the order of the court.**
**Signed November 6, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Jeanette and Aaron Brooks,<br><br><br>Debtors.<br>_____<br><br>Brooks, et al,<br><br>Plaintiffs,<br><br>v.<br><br>Beisner, et al,<br><br>Defendants.<br>_____ | Case No. 15-43482<br>Chapter 13<br><br>Adv. Pro. No. 16-04142 |

### MEMORANDUM REGARDING MOTION TO SHORTEN TIME

On October 11, 2017, Plaintiff filed a *Motion to Strike Defendants' Affirmative Defenses and Deem Answers Admitted* ("the Motion") (doc. 73). Subsequently, Defendant amended its answer (doc. 76) and opposed the Motion (doc. 77). Amending the answer while also opposing the Motion seems to have caused some procedural confusion. On November 2,

1

2017, Plaintiff filed a *Motion to Strike Amended Answer or Alternatively, Defendant's Opposition to Plaintiff's Motion to Strike Defendants's* (sic) *Answer* (doc. 80). Plaintiff also filed an *Ex Parte Motion to Shorten Time* (doc. 81).

Unless Defendant, for good cause, objects, the hearing on the Motion scheduled for November 8, 2017, will encompass any alleged deficiencies with any of Defendant's Answers.

***END OF NOTICE***

Case: 16-04142    Doc# 82    Filed: 11/06/17    Entered: 11/06/17 13:00:55    Page 2 of 3

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | All ECF participants. |